IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL COONEY,<br><br>*Plaintiff,*<br><br>v.<br><br>BUCK MOTORSPORTS PARK LLC et al,<br><br>*Defendants.* | Case No. 23-cv-2346 |

## ORDER

**AND NOW**, this 15th day of January 2025, upon consideration of the CH&N Defendants' Motion for Leave to File a Joinder Complaint (ECF No. 59), the responses thereto, and after hearing argument, it is hereby **ORDERED** that the motion is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge